WILLIAM H. LLOYD, Appellant, v. W. E. HEDGER TRANSPORTATION CORPORATION, Respondent, and CLARENCE C. HARRIS and Another, Doing Business under the Assumed Name of " RED JACKET LINE," Appellants.— Judgment affirmed, with costs. Appeal by defendants Harris dismissed, with costs. All concur, except

Thompson and Crosby, JJ., who dissent as to the affirmance of the judgment only and vote for reversal on the law and for dismissal of the complaint on the ground that the charter party imports a demise. (The judgment dismisses the complaint as to one defendant in an action for personal injuries sustained on a canal barge.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.